IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TALLGRASS PONY EXPRESS PIPELINE, LLC,** a Delaware Limited Liability Company;<br><br>       Plaintiff,<br><br>  vs.<br><br>**COUNTY OF KIMBALL, NEBRASKA,** a Political Subdivision of the State of Nebraska;  **THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KIMBALL, NEBRASKA, SHEILA NEWELL,** in her official capacity as the Zoning Administrator for the County of Kimball, Nebraska;<br><br>       Defendants. | 7:14CV5000<br><br><br>ORDER |

   This matter is before the Court on the parties' notification to the Court that they have reached an agreement in principle to resolve this matter without further hearing. Accordingly,

   IT IS ORDERED:

   1. The hearing on Plaintiff's Motion for Temporary Restraining Order (Filing No. 3), scheduled for Tuesday, February 18, 2014, at 1:30 P.M. before the undersigned, is cancelled;

   2. The Temporary Restraining Order (Filing No. 10) shall remain in effect pursuant to each of its terms; and

   3. The parties shall notify the Court within ten (10) days of this Order as to the status of their settlement negotiations.

Dated this 18th day of February, 2014.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                United States District Judge